IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-2042 T
(Senior Judge Loren A. Smith)

SARA WOOD,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

NOTICE OF APPEARANCE

Please enter the appearance of Katherine Powers, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

    Katherine Powers, Esquire
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Post Office Box 26
    Ben Franklin Station
    Washington, DC  20044
    *Email: Katherine.Powers@usdoj.gov*

Dated:  December 7, 2023

                        /s/ Katherine Powers
                        KATHERINE POWERS
                        Trial Attorney
                        Justice Department (Tax)
                        Court of Federal Claims Section
                        (202) 514-1919
                        Fax: (202) 514-9440